IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>   v.<br>ALEXANDER VOLODARSKY,<br>               Defendant. | No. CR 03-0061 MMC<br><br>**ORDER EXONERATING BOND** |

The bond previously posted is hereby EXONERATED. The defendant's passport and any security previously posted may be returned to its owner.

IT IS SO ORDERED.

DATED: June 19, 2009

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

ORDER EXONERATING BOND